OCTOBER 19, 1979

Nos. A–172 and A–332. LENHARD ET AL., CLARK COUNTY DEPUTY PUBLIC DEFENDERS, INDIVIDUALLY AND AS NEXT FRIENDS OF BISHOP v. WOLFF, WARDEN, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. Petition for rehearing of order of Court entered October 1, 1979 [ante, p. 807], denied. MR. JUSTICE BRENNAN would grant the application for stay and petition for rehearing. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application and petition.

OCTOBER 29, 1979

No. 79–80. QUATTRY v. FLORIDA. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of substantial federal question.

No. 79–359. LOTZE ET AL. v. WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 79–5285. HAWK v. OREGON. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–264. WILLIS v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.